IN RE: MAXWELL, CHARLES

CASE NO. 10-13584

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

110
60-249 / 433

AARON CAILLOUET, Trustee
401 MENARD STREET
THIBODAUX LA 70301

VOID AFTER 90 DAYS

Regarding
MAXWELL, CHARLES, JR., MAXWELL, SUZANNE (10-13584 A)
92004175509866
COMBINED SMALL CHECK

TID # 380220

Date   08/22/2011

$ ***********6.76

~~~Six Dollars and 76/100

Pay to the Order of   Clerk, U.S. Bankruptcy Court
500 Poydras Street, Room B-601
New Orleans LA 70130

AARON CAILLOUET, Trustee

⑈000000110⑈ ⑆043302493⑆ 92004175509866⑈

8/24/11
DEPOSITED TO UNCLAIMED
UNDER $25.00
DUE: SEE LETTER

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 229011     - JN
* * C O P Y * *
August 24, 2011
15:05:57

UNC.UNDER$25
10-13584

Debtor.: CHARLES MAXWELL
Trustee: Aaron Caillouet
Amount.:                $6.76 CH
Check#.: 110

Total->   $6.76

FROM: CAILLOUET

Printed: 08/22/11 01:40 PM

Page: 1

# Claims Distribution Small Checks

**Case:** 10-13584 - MAXWELL, CHARLES, JR.

**Trustee:** AARON CAILLOUET (380220)

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 5200417550866 | 110 | 08/22/11 | | | | Payee: Clerk, U.S. Bankruptcy Court | | | Check Amount: | $6.76 |
| | | | 7 | 02/28/11 | 610 | Hasselbein Tire Company | 1,519.28 | 1,519.28 | 4.35 | 4.35 |
| | | | 8 | 03/04/11 | 610 | Parish Truck Sales | 841.95 | 841.95 | 2.41 | 2.41 |

(*) Denotes objection to Amount Filed